FELICE P. ATTENASSIO and Another, Appellants, v. DOMENICO MANTORA and ANTONETTA MANTORA, Respondents, and Another.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

DORIS K. BOND, as Administratrix, etc., of HARRY AUSTIN BOND, Deceased, Appellant, v. SCHENECTADY RAILWAY COMPANY, Respondent.— Judgment and order affirmed, with costs. Van Kirk, P. J., Davis and Whitmyer, JJ., concur; Hill and Hasbrouck, JJ., dissent.

FRANK BYLINSKI, Appellant, v. CHILTON F. BAKER, Respondent, and Others.— Judgment modified so as to provide that the complaint be dismissed without prejudice, and as so modified affirmed, with costs. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

JOSEPH CZELUSNIAK, as Administrator, etc., of CARRIE CZELUSNIAK, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

GEORGE P. COLANERI, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

JULIA CROKER and Others, as Executrices, etc., of JOHN CROKER, Deceased, Respondents, v. C. W. TILLINGHAST, JR., Doing Business under the Assumed Business Name of TROY OIL BURNER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

GUST GUNTHER, Respondent, v. BERTRAM W. GIFFORD, Appellant.*— Judgment and order affirmed, with costs. Van Kirk, P. J., Hinman and Davis, JJ., concur; Whitmyer, J., dissents; Hasbrouck, J., not voting.

ROBERT J. HARDER, Appellant, v. MELISSA SHULTIS and Another, Respondents. — Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

EDNA H. HOWARD, Respondent, v. H. R. MOCH, INC., Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

FRANK J. HINE, Appellant, v. CHARLES J. BURTON and Others, Respondents.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

SAMUEL H. JORDAN, Respondent, v. MARYLAND CASUALTY COMPANY, Appellant. — Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.